UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| ROGER L. WHITE | ) |
| Plaintiff, | ) ) ) |
| v. | )  CIVIL ACTION NO. 7:19-cv-00467 |
| ANDREW M. SAUL, Commissioner of Social Security, | ) ) ) ) |
| Defendant. | ) |

## JUDGMENT ORDER

AND NOW, this 25th day of March, 2020, the Court having separately ordered the remand of this action for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g),

IT IS FURTHER ORDERED that final judgment of this Court is entered pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Entered: March 25, 2020.

/s/ Elizabeth K. Dillon
Elizabeth K. Dillon
United States District Judge